IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**JOHNSON ANDRE,**<br>also known as "Izo,"<br><br>**Defendant.** | Case: 1:24−mj−00387<br>Assigned To : Faruqui, Zia M.<br>Assign. Date : 12/20/2024<br>Description: COMPLAINT W/ARREST WARRANT<br><br>**Filed Under Seal** |

### AFFIDAVIT IN SUPPORT OF
### AN APPLICATION FOR AN ARREST WARRANT

This affidavit is submitted by Special Agent John Fritz Dugue in support of a criminal complaint and an application for an arrest warrant relating to:

Johnson Andre, also known as "Izo," (hereinafter referred to as "ANDRE"), a Haitian national last known to reside in Village de Dieu, Haiti.

I respectfully submit that there is probable cause to believe that, between on or about March 18, 2023, and on or about March 27, 2023, the above-identified individual has committed the following criminal offenses in violation of United States law:

1. 18 U.S.C. §1203(a) (Conspiracy to Commit Hostage Taking); and

2. 18 U.S.C. §§ 1203(a), 2 (Hostage Taking and Aiding and Abetting).

### AGENT BACKGROUND

1.  I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been so employed since 2019. I am currently assigned to the International Violent Crime Squad of the FBI Miami Division, where I am responsible for conducting investigations into transnational organized crime, regarding violations of federal laws, particularly those found in Titles 8, 18, 19, and 21 of the United States Code. My duties include investigating violent crimes that involve

1

racketeering, kidnapping, hostage taking, extortion, human smuggling, money laundering, firearms trafficking, among other crimes. I have participated in investigations which resulted in the arrests, searches, and seizures of individuals and property. During my career with the FBI, I have participated in the use of cooperating defendants, confidential sources, undercover agents, pen register/trap and trace devices, surveillance, and search warrants, among other law enforcement techniques. Based on my training and experience, I am familiar with methods used by the criminal element to further a variety of criminal activities.

2. I am an investigative or law enforcement officer of the United States within the meaning of Section 2510(7) of Title 18 of the United States Code; that is, an officer of the United States who is empowered by law to conduct investigations and make arrests for offenses enumerated in Titles 8, 18, 19, 21, 22, and 31 of the United States Code.

3. I have personally participated in this investigation and have witnessed many of the facts and circumstances described herein. I have also reviewed information from other federal and foreign law enforcement officials relating to this investigation. The statements contained in this affidavit are based on my own observations, witness interviews, document reviews and reliable information provided to me by other federal and foreign law enforcement officials. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant. It does not set forth all of my knowledge, or the knowledge of others, about this matter.

## JURISDICTION AND VENUE

4. This Court has jurisdiction and venue to issue the requested warrant. Specifically, the Court is "a district court of the United States . . . that – has jurisdiction over the offense being investigated." 18 U.S.C. § 2711(3)(A)(i). As described herein, the criminal offenses under investigation began or were committed out of the jurisdiction of any particular State or district, no

offender has been arrested in or first brought to a district in the United States for these criminal offenses, and no offender is known to have, or have had, residence within any district in the United States. 18 U.S.C. § 3238. Additionally, the offenses under investigation explicitly provide for extraterritorial application. *See, e.g.*, 18 U.S.C. § 1203(a) (applying to hostage taking "whether inside or outside the United States").

## ELEMENTS

5. Title 18 United States Code § 1203(a) criminalizes "seiz[ing] or detain[ing] and threaten[ing] to kill, to injure, or to continue to detain" a U.S. person outside the United States "in order to compel a third person or a governmental organization to do or abstain from doing any act as an explicit or implicit condition for the release of the person detained," and attempts or conspiracies to do so.

6. Title 18 United States Code § 2 states that whoever "commits an offense against the United States" or "aids, abets, counsels, commands, induces or procures its commission" or whoever "willfully causes an act to be done which if directly performed by him or another would be an offense against the United States" is punishable as a principal.

## FACTS SUPPORTING PROBABLE CAUSE

7. The FBI has investigated a series of kidnappings of U.S. persons by gangs in Haiti, wherein the U.S. persons were held for ransom.

8. 5 Segond, also known as "5 Seconds," was a Haitian gang and criminal organization that operated in and around Village de Dieu in Haiti.

9. 5 Segond conducted criminal activity to generate revenue, including robbery and kidnappings for ransom. 5 Segond used the revenue from this criminal activity to pay salaries to its members and to pay for weapons and ammunition from the United States and elsewhere.

10. Beginning no later than on or about March 18, 2023, and continuing until at least

3

on or about March 27, 2023, within Haiti, 5 Segond was engaged in armed kidnappings of U.S. nationals for ransom.

### The Defendant

11. Defendant JOHNSON ANDRE (hereinafter referred to as "ANDRE") was a Haitian national residing in Village de Dieu, Haiti.

12. ANDRE was a leader of the 5 Segond gang and criminal organization, operating in and around Village de Dieu in Haiti.  ANDRE issued a general order previously to his gang members and other coconspirators to identify potential victims and kidnap them for ransom.

### The Victims

13. Victim 1 was a citizen of the United States living near Port-Au-Prince, Haiti.

14. Victim 2 is a Haitian citizen living near Port-Au-Prince, Haiti

15. In March 2023, Victim 1 owned and operated a blue Jeep Wrangler Rubicon with custom modifications.

### The Hostage Taking

16. Beginning no later than on or about March 18, 2023, and continuing until at least on or about March 27, 2023, within Haiti, ANDRE, and others known and unknown, knowingly conspired and agreed to seize and detain and threaten to kill, injure, and continue to detain Victim 1, a national of the United States, in order to compel a third party to pay ransom as an explicit and implicit condition for the release of the U.S. nationals.

17. On or about March 18, 2023, ANDRE's coconspirators known and unknown forced Victim 1 into a vehicle at gunpoint and kidnapped him.

18. On or about March 18, 2023, armed coconspirators of ANDRE drove Victim 1 to Village de Dieu and held him in captivity along with Victim 2, whom they had also kidnapped.

19. On or about March 18, 2023, ANDRE's coconspirators demanded that Victim 1 call a family member and ask for his father's firearms in exchange for his release. On or about March 20, 2023, ANDRE and coconspirators visited Victim 1 in captivity and questioned Victim 1 about his blue Jeep Wrangler Rubicon.

20. On or about March 20, 2023, ANDRE engaged in ransom negotiations with Victim 1's family member about his release.

21. Between on or about March 18, 2023, and March 27, 2023, ANDRE's coconspirators negotiated a ransom payment in exchange for Victim 1's release from captivity.

22. Between on or about March 18, 2023, and March 27, 2023, ANDRE's coconspirators beat Victim 1 and burned him with hot plastic while he was in captivity. On or about March 27, 2023, ANDRE's coconspirators collected a ransom payment of the equivalent of $12,400 and took possession of Victim 1's blue Jeep Wrangler Rubicon and Victim 1's father's firearms before releasing Victim 1.

*Identification*

23. Following his release, Victim 1 reported his hostage taking to law enforcement authorities and provided a statement to the FBI. Victim 1 told the FBI that after ANDRE questioned him about his blue Jeep Wrangler Rubicon and left the room, Victim 2 who was also present in the room informed Victim 1 that the individual who questioned him was ANDRE. At that point, Victim 1 realized that he recognized that individual as ANDRE as well from ANDRE's social media videos that Victim 1 had previously viewed. Victim 1 was shown a series of photographs by the FBI of over 50 individuals, during which he positively identified a known photograph of ANDRE.

24. In December 2023, Victim 1 was made aware by a friend that a known social media

account utilized by ANDRE featured a video of Victim 1's blue Jeep Wrangler Rubicon. Victim 1 personally viewed the video from ANDRE's known social media account and confirmed that the account displayed an image of his stolen blue Jeep Wrangler Rubicon. Victim 1 provided a screenshot of the stolen blue Jeep Wrangler Rubicon from ANDRE's social media account to the FBI. The FBI was previously aware of this social media account, which has featured videos of ANDRE.

25. In February 2024, the FBI interviewed Victim 2 who confirmed that he was taken hostage and held in captivity with Victim 1. Victim 2 informed the FBI that he recognized ANDRE as the leader of the gang who took him hostage, and met him the first day of his captivity. Victim 2 explained that although ANDRE wore a mask, Victim 2 recognized ANDRE physically based upon music videos that ANDRE had posted to his social media accounts in the past. Victim 2 also explained that while he was in captivity, he was shown a social media video of ANDRE by other hostage takers. Victim 2 was shown a series of photographs by the FBI of over 50 individuals, during which he positively identified a known photograph of ANDRE.

### REQUEST TO SUBMIT WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

26. I respectfully request, pursuant to Rules 4.1 and 41(d)(3) of the Federal Rules of Criminal Procedure, permission to communicate information to the Court by telephone in connection with this Application for an Arrest Warrant. I submit that Assistant U.S. Attorney John F. Korba, an attorney for the United States, is capable of identifying my voice and telephone number for the Court.

### CONCLUSION

27. Based on the forgoing, I submit that there is probable cause that between March 18, 2023 and March 27, 2023, ANDRE has committed 18 U.S.C. § 1203(a) (Conspiracy to Commit

Hostage Taking) and 18 U.S.C. §§ 1203(a), 2 (Hostage Taking and Aiding and Abetting) and request that the Court issue the proposed arrest warrant.

Respectfully submitted,

_____
John Fritz Dugue
Special Agent
Federal Bureau of Investigation

Subscribed and sworn pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3) on **December 20, 2024**

_____
ZIA M. FARUQUI
UNITED STATES MAGISTRATE JUDGE